UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GARY FISHER,

    Plaintiff,

    v.

DIRECTOR OF OPS OF CDCR, et al.,

    Defendants.

Case No. 14-cv-02241-WHO (PR)

**ORDER OF DISMISSAL**

Plaintiff Fisher has failed to comply with the Court's order to (1) perfect his application to proceed *in forma pauperis* ("IFP"), or (2) pay the full filing fee of $350.00. Accordingly, the action is DISMISSED without prejudice for failing to respond to the Court's order, and for failure to prosecute, *see* Fed. R. Civ. P. 41(b). Because this dismissal is without prejudice, Fisher may move to reopen the action. Any such motion **must** contain (1) a complete IFP application, or (2) full payment for the $350.00 filing fee. His application to proceed IFP (Docket No. 2), and his motion for a ruling and a preliminary injunction (Docket No. 5 and 7) are DENIED without prejudice. The Clerk shall enter judgment in favor of defendants, terminate Docket Nos. 2, 5, and 7, and close the file.

    **IT IS SO ORDERED.**

**Dated:** June 24, 2014

_____
WILLIAM H. ORRICK
United States District Judge